UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAYLE DAY ) | CIVIL ACTION NO.: |
|    Plaintiff ) | 3:17-CV-00499-SRU |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE, N.A. ) | |
|    Defendant ) | |
| ) | NOVEMBER 21, 2017 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Dayle Day, through her attorney, and the defendant, Capitol One, N.A., through its attorney, hereby stipulate that Plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                                  PLAINTIFF, DAYLE DAY

                                  By: /s/ *Daniel S. Blinn*
                                       Daniel S. Blinn (ct02188)
                                       dblinn@consumerlawgroup.com
                                       Consumer Law Group, LLC
                                       35 Cold Spring Rd. Suite 512
                                       Rocky Hill, CT  06067
                                       Tel. (860) 571-0408
                                       Fax (860) 571-7457

                                DEFENDANT, CAPITAL ONE, N.A.

                                By: /s/*Sara R. Simeonidis*
                                         Sara R. Simeonidis (ct25566)
                                       Sara.Simeonidis@jacksonlewis.com
                                       Jackson Lewis P.C.
                                       90 State House Square, 8th Floor
                                       Hartford, CT 06103
                                       Tel:  (860) 522-0404
                                       Fax: (860) 247-1330

CERTIFICATION

      I hereby certify that on this 21st day of November, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn